UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

         Plaintiff,

v.

GETTY IMAGES, and
iSTOCK BY GETTY IMAGES,

         Defendants.

**Case No. 21-cv-698**

_____

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc.., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, by and through their undersigned counsel, voluntarily dismisses this action in its entirety *without* prejudice, with each party to bear its own attorneys' fees and court costs.

DATED:  June 4, 2021
      Amherst, New York

            _____
            Ryan C. Johnsen, Esq.
            HOGANWILLIG, PLLC
            *Attorneys for Plaintiff*
            2410 North Forest Road, Ste. 301
            Amherst, New York 14068
            (716) 636-7600
            rjohnsen@hoganwillig.com

{H3020491.1}                                 1

**HOGANWILLIG**
**Attorneys at Law**
**2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068**
**Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com**